■ RIMA 106, L.P. v ALVAREZ. (And Another Action.) [707 NYS2d 824] —This Court's unpublished order entered on September 23, 1999 (M-4312) recalled and vacated and motion deemed withdrawn. Concur—Ellerin, P. J., Rosenberger, Wallach and Saxe, JJ.

■ In the Matter of ATTORNEYS IN VIOLATION OF JUDICIARY LAW § 468-A. ROBIN LYNN LAPETERS, admitted on May 23, 1988, at a Term of the Appellate Division, First Department. [708 NYS2d 278] —Respondent reinstated as an attorney and counselor-at-law in the State of New York, effective the date hereof. No opinion. Concur—Ellerin, P. J., Nardelli, Williams, Mazzarelli and Saxe, JJ. [*See*, 247 AD2d 158.]

■ In the Matter of ATTORNEYS IN VIOLATION OF JUDICIARY LAW § 468-A. MICHAEL HOWARD BERNS, admitted on March 15, 1976, at a Term of the Appellate Division, First Department. [708 NYS2d 278] —Order of this Court entered on April 24, 1997 (*see*, 230 AD2d 366) recalled and vacated and Opinion Per Curiam filed therewith amended to vacate so much thereof as pertains to petitioner *nunc pro tunc*; and order of this Court entered on April 2, 1998 (*see*, 249 AD2d 21) recalled and vacated. No opinion. Concur—Ellerin, P. J., Nardelli, Williams, Mazzarelli and Saxe, JJ.